UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYLE GALEENER, Individually and On Behalf of All Others Similarly Situated
        Plaintiff(s),

v.

SOURCE REFRIGERATION & HVAC, INC.
        Defendant(s).

Case No: 3:13-CV-4960

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Galvin B. Kennedy, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Lyle Galeener in the above-entitled action. My local co-counsel in this case is John M. Padilla, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 711 W. Alabama St., Houston, TX 77006 | 601 South Figueroa St., Ste. 4050 Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: 713-523-0001 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: 213-244-1401 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jpadilla@pandrlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00796870.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/5/14

/s/ Galvin B. Kennedy
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Galvin B. Kennedy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 13, 2014

UNITED STATES MAGISTRATE JUDGE

[GRANTED stamp — Judge William H. Orrick]