UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE E GALEENER,<br><br>    Plaintiff,<br><br>    v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>    Defendant. | Case No.  13-cv-04960-VC<br><br>**ORDER COMPELLING DISCLOSURE**<br><br>Re:  Docket Nos. 31, 32, 39, 40 |

The plaintiff is entitled to discovery of the putative class members' contact information at this time.  The defendant must provide this information no later than Friday, June 27, 2014.

**IT IS SO ORDERED.**

Dated: June 19, 2014

_____
VINCE CHHABRIA
United States District Judge