1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LYLE E. GALEENER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>Defendant. | CASE NO.  3:13-CV-04960-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING PARTIES' JOINT STIPULATION TO EXTEND DEADLINES**<br><br>AS MODIFIED |

1 | **[PROPOSED] ORDER**

2 Having considered the Parties' Joint Stipulation to Extend Deadlines for Motion to Bar Collective and Class Action Status [Docket No. 43] and Motion for Conditional Certification, and finding good cause to GRANT the Stipulation, the Court hereby orders as follows:

1. Plaintiff shall have until **August 25, 2014** to file his Opposition to Defendant's Motion to Bar Plaintiff's Collective and Class Action Status;

2. Defendant shall have until **September 8, 2014** to file a Reply in support of its Motion to Bar Plaintiff's Collective and Class Action Status;

3. Defendant's Motion to Bar Plaintiff's Collective and Class Action Status shall be heard on Thursday, **September 18, 2014 at** ~~1:30 p.m.~~; 10:00 a.m.

4. Plaintiff shall have until and through **August 25, 2014** to file his Motion for Conditional Certification;

5. Defendant shall have 28 days after service of the moving papers to file its Opposition to Plaintiff's Motion for Conditional Certification;

6. Plaintiff's deadline to file his Motion for Class Certification remains **September 17, 2014**;

7. Defendant's deadline to file its Opposition to Plaintiff's Motion for Class Certification is 28 days after the service of the moving papers.

**IT IS SO ORDERED.**

Dated: July 3, 2014

By: _____
Honorable Vince Chhabria
United States District Judge