UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE E GALEENER, et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> SOURCE REFRIGERATION & HVAC, INC., <br><br>          Defendant. | Case No.  13-cv-04960-VC <br><br> **ORDER DENYING MOTION TO COMPEL** <br><br> Re: Dkt. No. 53 |

Plaintiff's motion to compel discovery is denied because it does not comply with paragraph 9 of the standing order. The parties are directed to review the standing order and submit a joint letter by Friday, August 1.

**IT IS SO ORDERED.**

Dated: July 28, 2014

VINCE CHHABRIA
United States District Judge