UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LYLE E GALEENER, et al., | |
|---|---|
| Plaintiffs, | Case No. 13-cv-04960-VC |
| v. | **ORDER GRANTING MOTION TO EXCEED PAGE LIMIT** |
| SOURCE REFRIGERATION & HVAC, INC., | Re: Dkt. No. 56 |
| Defendant. | |

Plaintiffs' motion to exceed the page limit is granted. Defendant's opposition must be no longer than 27 pages, and plaintiffs' reply must be no longer than 15 pages.

**IT IS SO ORDERED.**

Dated: July 28, 2014

VINCE CHHABRIA
United States District Judge