UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE E GALEENER, et al.,<br>         Plaintiffs,<br>    v.<br>SOURCE REFRIGERATION & HVAC, INC.,<br>         Defendant. | Case No.  13-cv-04960-VC<br><br>**ORDER RE CASE MANAGEMENT AND DISCOVERY LETTER**<br>Re: Dkt. No. 64 |

A further case management conference is scheduled for August 27, 2014 at 10:00 a.m. Any attorney who wishes to speak must appear in person.

All previously-scheduled depositions that were unilaterally taken off calendar by the defendants must be completed before August 27, 2014.  Documents requested in connection with those depositions must be produced at least 7 days prior to the date of the deposition.  Any dispute about documents to be produced in connection with these depositions will be resolved through the discovery letter process.

The docket reflects that this case has not been referred to a Magistrate Judge for discovery purposes.

The defendants are ordered to disclose to the plaintiffs by August 13, 2014 the contact information for all putative class members from Georgia, Florida and California.  The contact information to be provided is name, address, work email address, and personal email address, if available.  The plaintiffs shall not use this contact information to engage in any unlawful solicitation.

All pending motions will be heard September 18, 2014 at 10:00 a.m.  All due dates for briefs in connection with these motions remain the same, however.

United States District Court
Northern District of California

1    The parties shall file a joint case management statement by August 25, 2014 at noon
2 updating the Court on the status of this case and all related cases, identifying any issue they wish
3 to discuss at the case management conference, and setting forth their respective positions on those
4 issues.

5    **IT IS SO ORDERED.**

6 Dated: August 7, 2014

7    _____
8    VINCE CHHABRIA
     United States District Judge