Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYLE E. GALEENER, Individually and On Behalf Of All Others Similarly Situated   )
)
)   Case No: 3:13-CV-04960-VC
)
Plaintiff(s),   )
)   **APPLICATION FOR**
)   **ADMISSION OF ATTORNEY**
v.   )   **PRO HAC VICE**
)   (CIVIL LOCAL RULE 11-3)
SOURCE REFRIGERATION & HVAC, INC.,   )
)
)
Defendant(s).   )

I, /s/ MICHAEL J. SHEEHAN, an active member in good standing of the bar of STATE OF ILLINOIS, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SOURCE REFRIGERATION & HVAC, INC., in the above-entitled action. My local co-counsel in this case is KATHARINE J. LIAO, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| DLA PIPER LLP (US) | DLA PIPER LLP (US) |
| 203 North LaSalle Street, Suite 1900 | 2000 Avenue of the Stars, Suite 400 North Tower |
| Chicago, IL 60601-1293 | Los Angeles, CA 90067-4704 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 368-4000 | (310) 595-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| michael.sheehan@dlapiper.com | katharine.liao@dlapiper.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6195189.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 08/07/14                                                    /s/ MICHAEL J. SHEEHAN
                                                                             APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ MICHAEL J. SHEEHAN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 11, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE