John M. Padilla (Cal. Bar No. 279815)
jpadilla@pandrlaw.com
PADILLA & RODRIGUEZ, L.L.P.
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@ottengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone:  (415) 638-8800
Facsimile:  (415) 638-8810

Galvin B. Kennedy, *Pro Hac Vice*
gkennedy@kennedyhodges.com
Gabriel Assaad, *Pro Hac Vice*
gassaad@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama Street
Houston, Texas 77007
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

Attorneys for Plaintiffs, Lyle E. Galeener, and the Putative Class

Margaret A. Keane (Bar No. 255378)
margaret.keane@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street
Suite  2400
San Francisco, CA   94105
Telephone:  (415) 615-6004
Facsimile:  (415) 659-7310

Attorneys for Defendant, Source Refrigeration & HVAC, Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYLE E. GALEENER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>Defendant. | Case Number: 3:13-cv-04960-VC<br><br>**STIPULATION RE BRIEFING SCHEDULE RE MOTION TO STAY AND MOTION TO BAR COLLECTIVE AND CLASS ACTION STATUS** |

WHEREAS, Defendant Source Refrigeration & HVAC, Inc. ("Source") has filed a Motion to Bar Collective and Class Action Status [Doc. 43] ("Motion to Bar"), and, pursuant to the Court's Order on a prior Stipulation [Doc. 47], Plaintiffs' response is currently due on August 25, 2014, and Source's reply is currently due on September 8, 2014;

WHEREAS, Plaintiffs requested discovery relevant to that motion, including depositions that are scheduled for August 20, 21, and 26;

WHEREAS, Defendant has agreed to Plaintiffs' request that those depositions should be completed in time for the parties to make use of the testimony in their opposition and reply briefing on the Motion to Bar;

WHEREAS, Source has also filed a Motion to Stay Proceedings [Doc. 63] ("Motion to Stay"), and, pursuant to Local Rule 7-3 (a), Plaintiffs' response is currently due on August 14, 2014;

WHEREAS, the parties agree that upcoming developments in a similar state court action may be relevant to the Motion to Stay;

THEREFORE, THE PARTIES AGREE AND STIPULATE TO THE FOLLOWING:

1. Plaintiffs' response to Source's Motion to Bar shall be due on <u>August 29, 2014</u>, and Source's reply shall remain due on <u>September 8, 2014</u>;

2. Plaintiffs' response to Source's Motion to Stay shall be due on <u>August 28, 2014</u> and Source's reply is now due on <u>September 4, 2014</u>.

Pursuant to Local Rule 6-2, there have been no other time modifications on either motion, aside from the original stipulation and related Order [Doc. 47] setting forth the briefing schedule therein, and it is not anticipated that this extension will affect the schedule for the case. Also pursuant to Local Rule 6-2, the declaration of John M. Padilla is attached as Exhibit A to the Stipulation.

**IT IS SO STIPULATED.**

Dated:  August 11, 2014

By: /s/ John M. Padilla
    John M. Padilla (Cal. Bar No. 279815)
    Email:  jpadilla@pandrlaw.com
    PADILLA & RODRIGUEZ, L.L.P.
    601 South Figueroa Street, Suite 4050
    Los Angeles, CA 90017
    Telephone: (213) 244-1401
    Facsimile: (213) 244-1402

    Jahan C. Sagafi (Cal. Bar No. 224887)
    jsagafi@ottengolden.com
    OUTTEN & GOLDEN LLP
    One Embarcadero Center, 38th Floor
    San Francisco, CA 94111
    Telephone:  (415) 638-8800
    Facsimile:  (415) 638-8810

    Galvin B. Kennedy, *Pro Hac Vice*
    gkennedy@kennedyhodges.com
    Gabriel Assaad, *Pro Hac Vice*
    gassaad@kennedyhodges.com
    KENNEDY HODGES, L.L.P.
    711 W. Alabama Street
    Houston, Texas 77007
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

Dated:  August 11, 2014    By:    /s/ Margaret A. Keane
    Margaret Keane (Bar No. 255378)
    margaret.keane@dlapiper.com
    DLA PIPER LLP (US)
    555 Mission Street
    Suite 2400
    San Francisco, CA   94105
    Telephone:  (415) 615-6004
    Facsimile:  (415) 659-7310

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: August 12, 2014

The Honorable Vince Chhabria
United States District Judge

### ATTESTATION OF SIGNATURE

Pursuant to Civil Local Rules 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory above.

DATED: August 11, 2014                    PADILLA & RODRIGUEZ, L.L.P.

By: /s/John M. Padilla

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

In accordance with Civil Local Rule 5-5(a), I, the undersigned counsel, under penalty of perjury, certify pursuant to 28 U.S.C. § 1746, that the foregoing document is being electronically filed with the Clerk of the Court by using the CM/ECF system, which will in turn send a notice of the electronic filing to all counsel of record on August 11, 2014.

                                    /s/ John M. Padilla  
                                    John M. Padilla

John M. Padilla (Cal. Bar No. 279815)
jpadilla@pandrlaw.com
PADILLA & RODRIGUEZ, L.L.P.
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

Galvin B. Kennedy, *Pro Hac Vice*
gkennedy@kennedyhodges.com
Gabriel Assaad, *Pro Hac Vice*
gassaad@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama Street
Houston, Texas 77007
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@ottengolden.com
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Attorneys for Plaintiffs, Lyle E. Galeener, and the Putative Class

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYLE E. GALEENER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> V. <br><br> SOURCE REFRIGERATION & HVAC, INC., <br><br> Defendant. | Case Number: 3:13-cv-04960-VC <br><br> **DECLARATION OF JOHN M. PADILLA** |

Pursuant to 28 U. S. C. § 1746, I state under penalty of perjury that the following is true and correct:

1. My name is John M. Padilla. I am over 21 years of age. I have never been convicted of a felony, and I am fully competent to make this Declaration. The statements in this Declaration

- 1 –

EXHIBIT A

are within my personal knowledge and are true and correct. I can truthfully testify to all the statements herein.

2. I am one of the attorneys who represents Plaintiffs in the above-captioned case. Pursuant to Local Rule 6-2, I offer this Declaration.

3. Defendant Source Refrigeration & HVAC, Inc. ("Source") has filed a Motion to Bar Collective and Class Action Status [Doc. 43] ("Motion to Bar"), and, pursuant to the Court's Order on a prior Stipulation [Doc. 47], Plaintiffs' response is currently due on August 25, 2014, and Source's reply is currently due on September 8, 2014. Plaintiffs requested discovery relevant to that motion, including depositions that are scheduled for August 20, 21, and 26. Defendant has agreed to Plaintiffs' request that those depositions should be completed in time for the parties to make use of the testimony in their opposition and reply briefing on the Motion to Bar.

4. In addition, Source has also filed a Motion to Stay Proceedings [Doc. 63] ("Motion to Stay"), and, pursuant to Local Rule 7-3 (a), Plaintiffs' response is currently due on August 14, 2014. However, upcoming developments in a similar state court action may be relevant to the Motion to Stay.

5. Accordingly, the parties filed a Stipulated Request for Order Changing Time as it relates to the Opposition and Reply for the above-described Motions.

6. I do not anticipate the requested change of time to impact the schedule for the case.

7. A prior time modification was made by Order on Joint Stipulation [Doc. 47], with such Order stating in pertinent part as follows:

> "1) Plaintiff shall have until **August 25, 2014** to file his Opposition to Defendant's Motion to Bar Plaintiff's Collective and Class Action Status;
>
> 2) Defendant shall have until **September 8, 2014** to file a Reply in support of its Motion to Bar Plaintiff's Collective and Class Action Status;

- 2 -

DECLARATION OF JOHN M. PADILLA
Case No. 3:13-cv-04960-VC

3) Defendant's Motion to Bar Plaintiff's Collective and Class Action Status shall be heard on Thursday, **September 18, 2014** at 10:00 a.m.;

4) Plaintiff shall have until and through **August 25, 2014** to file his Motion for Conditional Certification; and

5) Defendant shall have 28 days after service of the moving papers to file its Opposition to Plaintiff's Motion for Conditional Certification."

Dated: August 11, 2014

_____
John M. Padilla