Galvin B. Kennedy (admitted pro hac vice)
gkennedy@kennedyhodges.com
Gabriel Assaad (admitted pro hac vice)
gassaad@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama Street
Houston, Texas 77007
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Outten & Golden LLP
One Embarcadero Center, 38th Floor
San Francisco, CA  94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

*Attorneys for Plaintiffs and proposed class members*

MARGARET A. KEANE (SBN 255378)
margaret.keane@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Tel.:  (415) 836.2500
Fax:  (415) 836.2501

KATHARINE J. LIAO (SBN 255157)
katharine.liao@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA  90067
Tel.:  (310) 595-3000
Fax:  (310) 595-3300

*Attorneys for Defendant
SOURCE REFRIGERATION & HVAC, INC.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| LYLE E. GALEENER, Individually and On Behalf of All Others Similarly Situated, | Case Number:  3:13-cv-04960-VC |
| Plaintiff(s), | **JOINT STIPULATION TO STAY CASE AND CONTINUE ALL PENDING HEARINGS; ~~PROPOSED~~ ORDER** |
| vs. | |
| SOURCE REFRIGERATION & HVAC, INC., | |
| Defendant(s). | |

1     **IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant (collectively
2  the "Parties"), by and through their counsel of record, as follows:
3     **WHEREAS,** the Galeener action pending before this Court is one of four actions (the
4  other matters are pending in the Superior Court of Orange County (*Meza v. Source, et al.*, No.
5  380395-2); the District Court for Denver County, Colorado (*Vargas v. Source*, No. 2013-CV-
6  32936), and the (United States District Court for the Western District of Texas-Austin Division
7  (*Hamer v. Source*, 1:14-CV-570-55)) based on Source's pay practices, and
8     **WHEREAS,** the Parties have agreed to pursue global resolution of all outstanding issues
9  in these proceedings and to engage a third-party neutral for mediation.  The first available date on
10 which all Parties and counsel could proceed before a mutually agreeable mediator is November 4,
11 2014, and the Parties have agreed to proceed on November 4, 2014;
12    **WHEREAS**, the Parties have agreed to request stays of litigation and continuances of all
13 hearings in all four actions;
14    **WHEREAS**, the following motions are fully briefed and set for hearing before this Court
15 on September 18, 2014, at 10:00 a.m. (collectively, the "September 18 motions"):
16        Defendant's Motion to Bar Collective and Class Certification (dkt. 43);
17        Plaintiffs' Motion to Amend (dkt. 52); and
18        Defendant's Motion to Stay (dkt. 63).
19    **WHEREAS**, the following motions are set for hearing on October 9, 2014, at 10:00 a.m.
20 (collectively, the "October 9 motions"):
21        Plaintiffs' Motion to Certify Class Pursuant to Rule 23 (dkt. 58) (fully briefed);
22        and
23        Plaintiff's Motion to Certify Class Under Rule 216(b) (dkt. 87) (Opposition
24        currently due on September 15, 2014 and Reply on September 29, 2014).
25    **WHEREAS**, the Parties have agreed to request a stay of all outstanding matters as they
26 attempt to reach a global resolution;
27
28

**WHEREAS,** to facilitate attempts to settle these cases, the Parties have agreed to a nationwide tolling agreement of FLSA claims through the actual hearing date on Plaintiff's motion for collective action;

**WHEREAS,** the Parties have agreed to the following revised briefing schedule and hearing date if mediation is unsuccessful:

Defendant's Opposition to Plaintiffs' Motion to Certify Collective Action due November 18, 2014; and Plaintiff's Reply due November 27, 2014, with a hearing on December 11, 2014, or such date as this Court may order, with the September 18 motions to be heard on that date as well.

**THEREFORE,** the Parties respectfully request that the Court enter the following Order, that:

(1)   The September 18, 2014 motions and October 9, 2014 motions are continued to December 11, 2014;

(2)   All briefing schedules, hearing dates and discovery motions are stayed pending the Parties' mediation, with Defendant's Opposition to Plaintiffs' Motion to Certify Collective Action due November 18, 2014; and Plaintiff's Reply due November 27, 2014; and

(3)   The Parties will meet and confer and provide this Court with a status report by November 6, 2014.

Dated:  September 15, 2014          DLA PIPER LLP (US)

By:   /s/ Margaret A. Keane
MARGARET A. KEANE
Attorneys for Defendant
SOURCE REFRIGERATION & HVAC, INC.

Dated:  September 15, 2014          OUTTEN & GOLDEN LLP

By:   Jahan Sagafi
JAHAN SAGAFI
Attorneys for Plaintiff and the Putative Class

San Francisco

-3-
STIPULATION TO STAY CASE AND CONTINUE ALL PENDING HEARINGS;
PROPOSED ORDER (CASE NO. 3:13-CV-04960-VC)

# **ORDER**

IT IS HEREBY ORDERED that:

(1) The September 18, 2014 motions and October 9, 2014 motions are continued to December 11, 2014;

(2) All briefing schedules, hearing dates and discovery motions are stayed pending the Parties' mediation, with Defendant's Opposition to Plaintiffs' Motion to Certify Collective Action due November 18, 2014; and Plaintiff's Reply due November 27, 2014; and

(3) The Parties will meet and confer and provide this Court with a status report by November 6, 2014.

**IT IS SO ORDERED.**

Dated: September 15, 2014

VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE