John M. Padilla (Cal. Bar No. 279815)
jpadilla@pandrlaw.com
PADILLA & RODRIGUEZ, L.L.P.
601 South Figueroa Street, Suite 4050
Los Angeles, California 90017
Telephone: (213) 244-1401
Facsimile: (213) 244-1402

Galvin B. Kennedy (admitted pro hac vice)
gkennedy@kennedyhodges.com
Gabriel Assaad (admitted pro hac vice)
gassaad@kennedyhodges.com
KENNEDY HODGES, L.L.P.
711 W. Alabama Street
Houston, Texas 77007
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

Jahan C. Sagafi (Cal. Bar No. 224887)
jsagafi@outtengolden.com
Outten & Golden LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

Christopher McNerney (admitted pro hac vice)
cmcnerney@outtengolden.com
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

*Attorneys for Plaintiffs and proposed Class Members*

MARGARET A. KEANE (SBN 255378)
margaret.keane@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel.: (415) 836.2500
Fax: (415) 836-2501

KATHARINE J. LIAO (SBN 255157)
katharine.liao@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel.: (310) 595-3000
Fax: (310) 595-3300

*Attorneys for Defendant Source Refrigeration & HVAC, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYLE E. GALEENER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>    Defendant. | Case No. 13-cv-04960-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT**<br><br>The Honorable Vince Chhabria<br>Courtroom 10; 19th Floor |

1    Pursuant to the Parties' Court-Ordered Stipulation dated September 15, 2014 (Docket No.

2    96), Plaintiffs and Defendant Source Refrigeration & HVAC, Inc. ("Source") (collectively, the

3    "Parties") jointly submit this joint status report regarding mediation, which took place as

4    scheduled on November 4, 2014.

5    Plaintiffs (in concert with the plaintiffs in *Hamer*[1] and *Vargas*,[2] who are represented by

6    Plaintiffs' counsel) and Source attended a private mediation before mediator Susan Haldeman on

7    November 4, 2014.  In addition, plaintiff in the *Meza* action[3] participated in the mediation.  The

8    Parties and Meza engaged in arms-length negotiations over the course of over fourteen hours in

9    an effort to reach a global resolution of *Galeener*, *Hamer*, *Vargas* and *Meza* (the "Actions").

10   Prior to mediation, the Parties exchanged significant discovery (both formal and informal),

11   mediation briefs, and damages calculations.

12   During the mediation, the Parties reached a global settlement in principle to resolve

13   *Galeener*, *Hamer*, and *Vargas* (the "*Galeener* settlement").  The *Galeener* settlement proposes to

14   resolve claims asserted on behalf of Source service technicians nationwide on a class and

15   collective action basis.  As part of the *Galeener* settlement, the Parties have agreed that *Hamer*

16   and *Vargas* shall be dismissed without prejudice.  Mr. Hamer, Mr. Vargas, and possibly other

17   individuals will become plaintiffs in this instant action by stipulated amendment to the complaint.

18   In addition, Meza and Source reached a settlement in principle to resolve *Meza* (the "*Meza*

19   settlement").  The *Meza* settlement proposes to resolve claims asserted on behalf of Source

20   construction workers (but not service technicians) throughout California on a class action basis.

21   The *Meza* settlement is therefore on behalf of a discrete group (the construction workers), who

22   are not part of the proposed collective or class in this action.

23   For each settlement, the parties have executed a binding Memorandum of

24   Understanding/Agreement to reflect the agreement in principle, and negotiations of specific terms

25

26   [1] *Hamer v. Source Refrigeration & HVAC, Inc*., Case No. 1:14-CV-570-55, before the United States District Court
     for the Western District of Texas ("*Hamer*").

27   [2] *Vargas v. Source Refrigeration & HVAC, Inc*., Case No. 2013-CV-32936-00712145-CU-OE-CXC, before the
     Colorado District Court (Denver County) ("*Vargas*").

28   [3] *Meza v. Source Refrigeration & HVAC, Inc*., Case No. 30-2014, before the California Superior Court (Orange
     County) ("*Meza*").

STIPULATION & [PROPOSED] ORDER
RE SETTLEMENT
CASE NO. 13-CV-04960-VC

of the settlements are now beginning.   Both settlements will be filed in court, in a preliminary

approval submission, by December 16, 2014.  The *Galeener* settlement will be presented to this

Court; the *Meza* settlement will be presented to Judge Moss in the Orange County Superior Court.

> **THEREFORE,** the Parties respectfully request that the Court:

(1)    Take all motion deadlines (including briefing for the Motion to Certify
Collective Action) and hearing dates (including the December 11, 2014
hearing) off calendar;

(2)    Stay the matter in its entirety; and

(3)    Set a deadline for the filing of the class and collective action settlement
preliminary approval motion of December 16, 2014.

Dated: November 6, 2014

DLA PIPER LLP (US)

By:    /s/ Margaret A. Keane
MARGARET A. KEANE
Attorneys for Defendant
SOURCE REFRIGERATION & HVAC,
INC.

Dated: November 6, 2014

OUTTEN & GOLDEN LLP

By:    /s/ Jahan Sagafi
JAHAN SAGAFI
Attorneys for Plaintiff and the Putative Class

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

IT IS HEREBY ORDERED that:

(1)     In light of the Parties' settlement, all motion deadlines and hearing dates are taken off calendar;

(2)     This matter, including discovery, is stayed in its entirety;

(3)     The Parties shall file a motion for class and collective action settlement preliminary approval by January 9, 2015.

**IT IS SO ORDERED.**

Dated:  November __12__, 2014

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

- 3 -