1  John M. Padilla (Cal. Bar No. 279815)
   jpadilla@pandrlaw.com
2  PADILLA & RODRIGUEZ, L.L.P.
   601 South Figueroa Street, Suite 4050
3  Los Angeles, California 90017
   Telephone: (213) 244-1401
4  Facsimile: (213) 244-1402

5  Galvin B. Kennedy (admitted pro hac vice)
   gkennedy@kennedyhodges.com
6  Gabriel Assaad (admitted pro hac vice)
   gassaad@kennedyhodges.com
7  KENNEDY HODGES, L.L.P.
   711 W. Alabama Street
8  Houston, Texas 77007
   Telephone: (713) 523-0001
   Facsimile: (713) 523-1116

   Jahan C. Sagafi (Cal. Bar No. 224887)
   jsagafi@outtengolden.com
   Outten & Golden LLP
   One Embarcadero Center, 38th Floor
   San Francisco, CA 94111
   Telephone: (415) 638-8800
   Facsimile: (415) 638-8810

   Christopher McNerney (admitted pro hac vice)
   cmcnerney@outtengolden.com
   Outten & Golden LLP
   3 Park Avenue, 29th Floor
   New York, NY 10016
   Telephone: (212) 245-1000
   Facsimile: (646) 509-2060

9
10 *Attorneys for Plaintiffs and proposed Class Members*

11 MARGARET A. KEANE (SBN 255378)
   margaret.keane@dlapiper.com
12 **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
13 San Francisco, CA 94105-2933
   Tel.: (415) 836.2500
14 Fax: (415) 836-2501

   KATHARINE J. LIAO (SBN 255157)
   katharine.liao@dlapiper.com
   **DLA PIPER LLP (US)**
   2000 Avenue of the Stars
   Suite 400 North Tower
   Los Angeles, CA 90067
   Tel.: (310) 595-3000
   Fax: (310) 595-3300

15
16 *Attorneys for Defendant Source Refrigeration & HVAC, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYLE E. GALEENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>Defendant. | Case No. 13-cv-04960-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT SETTLEMENT AGREEMENT**<br><br>The Honorable Vince Chhabria<br>Courtroom 10; 19th Floor |

Plaintiffs and Defendant Source Refrigeration & HVAC, Inc. ("Source") (collectively, the "Parties") jointly submit this Stipulation and Proposed Order requesting that the Court continue today's deadline (set on January 13, 2015 in Docket No. 111) for the parties to present the settlement agreement to this coming Monday, February 2, 2015 at 5:00 p.m.

The parties have made significant progress and believe that they are on the verge of an agreement. The parties anticipated filing the settlement agreement today by 5:00 p.m. but found that they still had some disagreement, which they hope to resolve very shortly.

**THEREFORE,** the Parties respectfully request that the Court set Monday, February 2, 2015, at 5:00 p.m. as the deadline for Plaintiff to file the preliminary approval motion, including the settlement agreement.

Dated: January 30, 2015

DLA PIPER LLP (US)

By: /s/ Margaret A. Keane
MARGARET A. KEANE
Attorneys for Defendant
SOURCE REFRIGERATION & HVAC, INC.

Dated: January 30, 2015

OUTTEN & GOLDEN LLP

By: /s/ Jahan Sagafi
JAHAN SAGAFI
Attorneys for Plaintiff and the Putative Class

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1)  Monday, February 2, 2015, at 5:00 p.m. is the deadline for Plaintiff to file the preliminary approval motion, including the settlement agreement.

**IT IS SO ORDERED.**

Dated: ~~January~~ February 2 ___, 2015

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is DLA Piper LLP (US), 2000 Avenue of the Stars, Suite 400 North Tower, Los Angeles, California 90067-4704. On January 30, 2015, I served the following document(s) described as:

1. **STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT SETTLEMENT AGREEMENT**

on interested parties in this action by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelopes as stated below.

| | |
|---|---|
| John M. Padilla, Esq.<br>jpadilla@pandrlaw.com<br>**PADILLA & RODRIGUEZ, LLP**<br>601 South Figueroa Street, Suite 4050<br>Los Angeles, California 90017<br>Fax: (213) 244-1402 | Galvin B. Kennedy, Esq.<br>gkennedy@kennedyhodges.com<br>Gabriel A. Assaad, Esq.<br>gassaad@kennedyhodges.com<br>**KENNEDY HODGES, LLP**<br>711 W. Alabama Street<br>Houston, Texas 77006<br>Tel: (713) 523-0001<br>Fax: (713) 523-1116 |

☒ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I delivered such document by facsimile to the following person(s) at the facsimile telephone numbers listed above.

☐ **(BY HAND DELIVERY)** I delivered the within documents to Ace Attorney Services for delivery to the above address(es) with instructions that such envelope be delivered personally on January 30, 2015 to the above named individual(s).

☐ **(BY OVERNIGHT MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with an overnight courier service. Under that practice it would be deposited with said overnight courier service on that same day with delivery charges thereon billed to sender's account, at Los Angeles, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 30, 2015, at Los Angeles, California.

_____
Rea :Luster

EAST\76793974.1

-2-