| | |
|---|---|
| John M. Padilla (Cal. Bar No. 279815)<br>jpadilla@pandrlaw.com<br>PADILLA & RODRIGUEZ, L.L.P.<br>601 South Figueroa Street, Suite 4050<br>Los Angeles, California 90017<br>Telephone: (213) 244-1401<br>Facsimile: (213) 244-1402 | Jahan C. Sagafi (Cal. Bar No. 224887)<br>jsagafi@outtengolden.com<br>Outten & Golden LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA  94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810 |
| Galvin B. Kennedy (admitted pro hac vice)<br>gkennedy@kennedyhodges.com<br>Gabriel Assaad (admitted pro hac vice)<br>gassaad@kennedyhodges.com<br>KENNEDY HODGES, L.L.P.<br>711 W. Alabama Street<br>Houston, Texas 77007<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116 | Christopher McNerney (admitted pro hac vice)<br>cmcnerney@outtengolden.com<br>Outten & Golden LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060 |

*Attorneys for Plaintiff and proposed Class Members*

| | |
|---|---|
| MARGARET A. KEANE (SBN 255378)<br>margaret.keane@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA  94105-2933<br>Tel.:  (415) 836.2500<br>Fax:  (415) 836-2501 | BENJAMIN M. GIPSON (SBN 222830)<br>ben.gipson@dlaiper.com<br>KATHARINE J. LIAO (SBN 255157)<br>katharine.liao@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA  90067<br>Tel.:  (310) 595-3000<br>Fax:  (310) 595-3300 |

*Attorneys for Defendant Source Refrigeration & HVAC, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYLE E. GALEENER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>Defendant. | Case No. 13-cv-04960-VC<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO SUBMIT SETTLEMENT AGREEMENT AND HEARING DATES FOR PRELIMINARY APPROVAL**<br><br>The Honorable Vince Chhabria<br>Courtroom 4 |

WHEREAS, Plaintiff and Defendant Source Refrigeration & HVAC, Inc. ("Source") (collectively, the "Parties") jointly submit this Stipulation and Proposed Order requesting that the Court continue the Thursday, February 5, 2015 deadline for the Parties to present the settlement agreement and motion for preliminary approval to today;

WHEREAS, the Parties also request that the Court set <u>Thursday, February 26</u>, 2015 as the deadline for any opposition to the motion for preliminary approval (which is eight days after filing as opposed to the usual 14), <u>Saturday, February 28</u>, 2015 as the deadline for any reply brief (which is two days later as opposed to the usual seven), and <u>Monday, March 9</u>, 2015 at 1:00 p.m. as the hearing date and time (as currently scheduled) (which is nine days after the reply brief deadline as opposed to the usual 14);

WHEREAS, the Parties believe that this schedule affords time for a ruling on preliminary approval, given that all Parties together jointly support the motion and settlement, and therefore there is no party who will oppose the motion, making a reply unnecessary.

WHEREAS, if any individual or entity (including an absent class member) were to oppose this motion, that individual or entity would have to move to intervene, which would necessitate further briefing and possibly a delay in the hearing;

WHEREAS, if the Court prefers a slower schedule, the Parties jointly propose Thursday, March 12, 2015, at 10:00 a.m. (or any other time the Court wishes);

WHEREAS, the Parties are also available on Thursday, March 19, 2015;

**THEREFORE,** the Parties respectfully request that the Court order that:

1. Today, Wednesday, February 18, 2015, is the deadline for Plaintiff to file the preliminary approval motion, including the settlement agreement;

2. Thursday, February 26, 2015, is the deadline for any opposition to the motion for preliminary approval;

3. Saturday, February 28, 2015, is the deadline for any reply brief; and

4.     Monday, March 9, 2015, at 1:00 p.m., as currently scheduled, the Court will hold a hearing on Plaintiff's preliminary approval motion.

Dated: February 18, 2015

DLA PIPER LLP (US)

By: /s/ Benjamin M. Gipson
BENJAMIN M. GIPSON
*Attorneys for Defendant*
*SOURCE REFRIGERATION & HVAC, INC.*

Dated: February 18, 2015

OUTTEN & GOLDEN LLP

By: /s/ Jahan Sagafi
JAHAN SAGAFI
*Attorneys for Plaintiff*
*and the Proposed Class Members*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Today, Wednesday, February 18, 2015, is the deadline for Plaintiff to file the preliminary approval motion, including the settlement agreement;

2. Thursday, February 26, 2015 is the deadline for any opposition to the motion for preliminary approval;

3. Saturday, February 28, 2015 is the deadline for any reply brief; and

4. Monday, March 9, 2015, at 1:00 p.m., as currently scheduled, the Court will hold a hearing on Plaintiff's preliminary approval motion.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE