1   John M. Padilla (Cal. Bar No. 279815)          Jahan C. Sagafi (Cal. Bar No. 224887)
    jpadilla@pandrlaw.com                          jsagafi@outtengolden.com
2   PADILLA & RODRIGUEZ, L.L.P.                     Outten & Golden LLP
3   601 South Figueroa Street, Suite 4050          One Embarcadero Center, 38th Floor
    Los Angeles, California 90017                  San Francisco, California 94111
4   Telephone: (213) 244-1401                      Telephone: (415) 638-8800
    Facsimile:  (213) 244-1402                     Facsimile:  (415) 638-8810
5

6   Galvin B. Kennedy (admitted pro hac vice)      Christopher McNerney (admitted pro hac
    gkennedy@kennedyhodges.com                     vice)
7   Gabriel Assaad (admitted pro hac vice)         cmcnerney@outtengolden.com
    gassaad@kennedyhodges.com                      Outten & Golden LLP
8   KENNEDY HODGES, L.L.P.                          3 Park Avenue, 29th Floor
    711 W. Alabama Street                          New York, New York 10016
9   Houston, Texas 77007                           Telephone: (212) 245-1000
    Telephone: (713) 523-0001                      Facsimile:  (646) 509-2060
10  Facsimile:  (713) 523-1116

11
    *Attorneys for Plaintiffs and Proposed Class*
12
13  MARGARET A. KEANE (Cal. Bar No.                KATHARINE J. LIAO (Cal. Bar No.
    255378)                                        255157)
14  margaret.keane@dlapiper.com                    katharine.liao@dlapiper.com
    **DLA PIPER LLP (US)**                         **DLA PIPER LLP (US)**
15  555 Mission Street, Suite 2400                 2000 Avenue of the Stars,
    San Francisco, California 94105                Suite 400 North Tower
16  Telephone: (415) 836-2500                      Los Angeles, California 90067
    Facsimile:  (415) 836-2501                     Telephone:  (310) 595-3000
17                                                 Facsimile:  (310) 595-3300

18
    *Attorneys for Defendants*
19

20                    **UNITED STATES DISTRICT COURT**
                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21                        **SAN FRANCISCO DIVISION**

22  LYLE E. GALEENER, Individually and
    On Behalf of All Others Similarly Situated,
23
            Plaintiff,                             Case Number: 3:13-cv-04960-VC
24
            v.                                     **STIPULATION AND [PROPOSED]**
25                                                 **ORDER GRANTING LEAVE TO FILE**
                                                   **FIRST AMENDED COMPLAINT**
    SOURCE REFRIGERATION & HVAC,
26  INC.,

27          Defendant.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, in an effort to effectuate the parties' settlement of all claims in this and related litigation, Plaintiffs wish to amend their class and collective action complaint to add (1) nationwide Fair Labor Standards Act ("FLSA") collective action claims (where before the FLSA claims were limited to three states); (2) Lyle Galeener as a proposed Class Representative asserting claims under Arizona state law on behalf of himself and a proposed Class of Arizona employees; (3) Mathew Vargas as a proposed Class Representative asserting claims under Colorado state law on behalf of himself and a proposed Class of Colorado employees; (4) Erik Brown as a proposed Class Representative asserting claims under Florida state law on behalf of himself and a proposed Class of Florida employees; (5) Erik Brown as a proposed Class Representative asserting claims under Georgia state law on behalf of himself and a proposed Class of Georgia employees; (6) Jesse Howell as a proposed Class Representative asserting claims under Idaho state law on behalf of himself and a proposed Class of Idaho employees; (7) Lyle Galeener as a proposed Class Representative asserting claims under Nevada state law on behalf of himself and a proposed Class of Nevada employees; (8) Keith Brown as a proposed Class Representative asserting claims under New Mexico state law on behalf of himself and a proposed Class of New Mexico employees; (9) Erik Brown as a proposed Class Representative asserting claims under Oregon state law on behalf of himself and a proposed Class of Oregon employees; (10) Sean Hamer as a proposed Class Representative asserting claims under the principles of quantum meruit, on behalf of himself and a proposed Class of employees from Texas, Alabama, Minnesota, Montana, Oklahoma Nebraska, North Carolina, South Carolina, Tennessee, Utah, and Wyoming; (11) Joseph Metko as a proposed Class Representative asserting claims under Washington state law on behalf of himself and a proposed Class of Washington employees;

WHEREAS, pursuant to the parties' settlement agreement, plaintiffs in the related cases

1    of *Vargas v. Source Refrigeration & HVAC, Inc.*, Case No. 2013-CV-32936-00712145-CU-OE-

2    CXC (Colorado state court) ("*Vargas*") and *Hamer v. Source Refrigeration & HVAC, Inc.*, Case

3    No. 1:14-CV-570-55 (W.D. Tex.) ("*Hamer*") will dismiss their claims within seven days of this

4    Court granting them leave to serve as class representatives in this action;

5
6           WHEREAS, pursuant to that settlement agreement, Defendant Source Refrigeration &

7    HVAC, Inc. ("Source") agrees that the Colorado claims now asserted in this action shall be

8    deemed to have been asserted on the day *Vargas* was first filed, and the Colorado class members'

9    claims deemed tolled as of that date; and

10          WHEREAS, pursuant to that settlement agreement, Defendant Source agrees that Mr.

11   Hamer and the opt-ins in *Hamer* shall be deemed to have opted into this action on the day each of

12   them filed or opted into *Hamer*, respectively, and their FLSA claims deemed tolled as of those

13   filing and opt-in dates, respectively.

14
15          **THEREFORE,** the parties respectfully request that the Court order that:

16      1.      Plaintiffs may file the First Amended Complaint, attached hereto as Exhibit A;

17      2.      The Colorado claims asserted by Plaintiffs will be deemed to have been filed
                on the date that *Vargas* was first filed in Colorado state court; and
18
19      3.      Mr. Hamer and the opt-ins in *Hamer* will be deemed to have opted into this
                action on the day each of them filed or opted into *Hamer*.
20
     **IT IS SO STIPULATED.**
21
22   Dated: February 18, 2015

23                                              DLA PIPER LLP (US)

24                                      By:     /s/ Margaret A. Keane
                                                MARGARET A. KEANE (SBN 255378)
25                                              **DLA PIPER LLP (US)**
                                                555 Mission Street, Suite 2400
26                                              San Francisco, CA  94105-2933
                                                Tel.:  (415) 836-2500
27                                              Fax:  (415) 836-2501
                                                margaret.keane@dlapiper.com
28

STIPULATION AND [PROPOSED] ORDER GRANTING
                                                LEAVE TO FILE FIRST AMENDED COMPLAINT

1

Attorneys for Defendant

2

Dated: February 18, 2015

3

4

KENNEDY HODGES, L.L.P.

5

By:     /s/ Galvin B. Kennedy__
         GALVIN B. KENNEDY

6

KENNEDY HODGES, L.L.P.
711 W. Alabama Street

7

Houston, Texas 77007

8

Telephone: (713) 523-0001
Facsimile: (713) 523-1116

9

gkennedy@kennedyhodges.com

10

Attorneys for Plaintiff and Proposed Class

11

s

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

<u>**ORDER**</u>

IT IS HEREBY ORDERED that:

(1)     Plaintiffs may file the First Amended Complaint;

(2)     The Colorado claims asserted by Plaintiffs will be deemed to have been filed on the date that *Vargas* was first filed in Colorado state court; and

(3)     Mr. Hamer and the opt-ins in *Hamer* will be deemed to have opted into this action on the day each of them filed or opted into *Hamer*.

**IT IS SO ORDERED.**

Dated: ___February 19___, 2015     _____

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING LEAVE TO
FILE FIRST AMENDED COMPLAINT