| | |
|---|---|
| John M. Padilla (Cal. Bar No. 279815)<br>jpadilla@pandrlaw.com<br>PADILLA & RODRIGUEZ, L.L.P.<br>601 South Figueroa Street, Suite 4050<br>Los Angeles, California 90017<br>Telephone: (213) 244-1401<br>Facsimile: (213) 244-1402 | Jahan C. Sagafi (Cal. Bar No. 224887)<br>jsagafi@outtengolden.com<br>Outten & Golden LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 638-8800<br>Facsimile: (415) 638-8810 |
| Galvin B. Kennedy (admitted pro hac vice)<br>gkennedy@kennedyhodges.com<br>Gabriel Assaad (admitted pro hac vice)<br>gassaad@kennedyhodges.com<br>KENNEDY HODGES, L.L.P.<br>711 W. Alabama Street<br>Houston, Texas 77007<br>Telephone: (713) 523-0001<br>Facsimile: (713) 523-1116 | Christopher M. McNerney (admitted pro hac vice)<br>cmcnerney@outtengolden.com<br>Outten & Golden LLP<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>Telephone: (212) 245-1000<br>Facsimile: (646) 509-2060 |

*Attorneys for Plaintiff and proposed Class Members*

| | |
|---|---|
| MARGARET A. KEANE (SBN 255378)<br>margaret.keane@dlapiper.com<br>**DLA PIPER LLP (US)**<br>555 Mission Street, Suite 2400<br>San Francisco, CA 94105-2933<br>Tel.: (415) 836.2500<br>Fax: (415) 836-2501 | BENJAMIN M. GIPSON (SBN 222830)<br>ben.gipson@dlaiper.com<br>KATHARINE J. LIAO (SBN 255157)<br>katharine.liao@dlapiper.com<br>**DLA PIPER LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>Tel.: (310) 595-3000<br>Fax: (310) 595-3300 |

*Attorneys for Defendant Source Refrigeration & HVAC, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LYLE E. GALEENER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>  Defendant. | Case No. 13-cv-04960-VC<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE EDIT TO CLASS NOTICE**<br><br>The Honorable Vince Chhabria<br>Courtroom 4; 17th Floor |

WHEREAS, on March 13, 2015, the Court granted preliminary approval of the parties' proposed class action settlement, approving, among other things, the Class Notice and Confirmation Form;

WHEREAS, the Class Notice explains to class members that the settlement provides for $10,000,000 in monetary relief as a common fund, from which attorneys' fees and costs and class representative service payments approved by the Court will be subtracted;

WHEREAS, Source provided the class data to the Settlement Administrator as scheduled on April 10, 2015;

WHEREAS, the Class Notice is scheduled to be disseminated to the Class Members on April 27, 2015;

WHEREAS, the Confirmation Form that will be sent to Class Members along with the Class Notice correctly states that "[i]t is estimated that $6,700,000 will remain for Class Members to share after these expenses and costs are taken out," which is arrived at as follows:

```
  $10,000,000 common fund
-  $3,000,000 in attorneys' fees
-     $75,000 in class representative service payments
-    $195,000 in out-of-pocket costs
-     $30,000 in costs of administration
=  $6,700,000;
```

WHEREAS, the Class Notice informs Class Members that Class counsel will seek reimbursement for "out-of-pocket costs of up to $195,000," without mentioning costs of administration by the Court-appointed Settlement Administrator CPT Group; and

WHEREAS, the parties wish to edit the Class Notice by adding the following text in Section 18 to ensure that Class Members are aware of the $30,000 in costs of administration, consistent with the $6,700,000 figure listed in the Confirmation Form: "The cost of administration of the settlement, estimated to be approximately $30,000, will also come from the settlement fund."

**THEREFORE,** the Parties respectfully request that the Court approve the addition of the text listed above to Section 18 of the Class Notice.

Dated: April 13, 2015

                       DLA PIPER LLP (US)

                       By:   /s/ Benjamin M. Gipson
                              BENJAMIN M. GIPSON
                              Attorneys for Defendant
                              SOURCE REFRIGERATION & HVAC, INC.

Dated: April 13, 2015

                       OUTTEN & GOLDEN LLP

                       By:   /s/ Jahan Sagafi
                              JAHAN SAGAFI
                              Attorneys for Plaintiff and the Putative Class

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

(1) The Class Notice shall be edited to include the following text in Section 18:

"The cost of administration of the settlement, estimated to be approximately $30,000, will also come from the settlement fund."

**IT IS SO ORDERED.**

Dated: April 15, 2015

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE