UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE E GALEENER, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>    Defendant. | Case No.  13-cv-04960-VC<br><br>**ORDER GRANTING MOTION TO INTERVENE**<br><br>Re: Dkt. No. 132 |

    Rastegar Law Group's unopposed motion to intervene is granted, and the motion hearing scheduled for April 30, 2015 at 10 a.m. is now converted to a case management conference.

**IT IS SO ORDERED.**

Dated: April 27, 2015

VINCE CHHABRIA
United States District Judge