UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE E GALEENER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>SOURCE REFRIGERATION & HVAC, INC.,<br><br>            Defendant. | Case No.  13-cv-04960-VC<br><br>**ORDER RE MOTION TO INTERVENE** |

As discussed at today's case management conference, the motion to intervene may have been improvidently granted. The parties are ordered, by May 8, 2015, to submit either a stipulation substituting Ramon Meza as a plaintiff or explaining why it would be appropriate, with citation to authority, for Meza's lawyers to serve as plaintiffs in this context.

**IT IS SO ORDERED.**

Dated: April 30, 2015

VINCE CHHABRIA
United States District Judge