UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYLE E GALEENER, et al.,

    Plaintiffs,

  v.

SOURCE REFRIGERATION & HVAC, INC.,

    Defendant.

Case No. 13-cv-04960-VC

**ORDER DENYING MOTION TO INTERVENE AND STIPULATION**

Re: Dkt. Nos. 132, 147

    Rastegar Law Group's motion to intervene is denied (Dkt No. 132), as is the parties' stipulation permitting Rastegar Law Group to intervene (Dkt. No. 147).

**IT IS SO ORDERED.**

Dated: May 22, 2015

VINCE CHHABRIA
United States District Judge